IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00691-REB-KMT

MELVA LEWIS,

    Plaintiff,

v.

SAM CRESS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#15], filed January 16, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#15], filed January 16, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for July 11, 2008, is **VACATED**;

3. That the jury trial set to commence July 28, 2008, is **VACATED**;

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

5. That judgment **SHALL ENTER** under Fed.R.Civ.P. 58.

Dated January 17, 2008, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**